IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Joseph Michael Biasella, Jr. - #053160

                                                         /

No. C 13-80230 WHA

**ORDER OF SUSPENSION**

     Because Joseph Michael Biasella, Jr. has failed to respond to the order to show cause, Mr. Biasella's membership in the bar of this Court is hereby **SUSPENDED**.

     **IT IS SO ORDERED.**

Dated:   December 5, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE